UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MAYFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-cv-01177-RHH |
| JAMES BAYLESS, et al., | ) ) ) |
| Defendants. | ) ) |

**OPINION, MEMORANDUM AND ORDER OF TRANSFER**

This matter is before the Court on review of the employment discrimination complaint filed by self-represented Plaintiff Michael Mayfield. For the following reasons, this case will be transferred to the United States District Court for the Western District of Missouri.

Plaintiff brings this case against Defendant Fresh Start Sober Living Programs and its employees James Bayless and Latesia Offield. He states he applied to work for Fresh Start Sober Living Programs in May 2023 and September 2023 and both his applications were discarded because of his race. He states that no employee in their office has his qualifications. He states also that no people of color work in their offices.

Based on the allegations in his compliant, Plaintiff and Defendants reside in Columbia, Missouri. Additionally, Plaintiff's claims arise entirely from events

occurring in Columbia, Missouri, which is located in Boone County in the Western District of Missouri. *See* 28 U.S.C. § 105(b)(4).

Under 28 U.S.C. § 1391(b), an action of this type may be brought only in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

Because the events or omissions giving rise to Plaintiff's claims occurred in the Western District of Missouri, venue is proper there. Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Here, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri. In addition, in light of all of the circumstances, the Court believes it best if the transferee district addresses Plaintiff's motions for appointment of counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application to proceed in district court without prepayment of fees and costs is provisionally **GRANTED**. [ECF No. 3]

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1406(a).

Dated this 20th day of August, 2025.

*Henry Edward Autrey*
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE